IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| In the matter of: | : | |
| | : | |
| SHARON DAVIS MORRISON, f/k/a | : | |
| SHARON C. DAVIS, | : | |
| | : | |
| Debtor. | : | ADVERSARY NUMBER: 23-5003-AEC |
| _____ | : | |
| | : | |
| SHARON DAVIS MORRISON, f/k/a | : | |
| SHARON C. DAVIS, | : | |
| | : | Case Number 22-51584-AEC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| SN SERVICING CORPORATION, as | : | |
| Agent for U.S. BANK TRUST | : | |
| NATIONAL ASSOCIATION, | : | |
| as Trustee of the IGLOO | : | |
| SERIES IV TRUST, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## WITHDRAWAL OF DOCUMENT NUMBER 8

COMES NOW the undersigned and withdraws Document Number 8 because it contains an incorrect image.

This 17th day of February, 2023.

/s/ Calvin L. Jackson_____
Calvin L. Jackson
Attorney for Debtor
P.O. Box 7221
Warner Robins, Georgia 31095
(478) 923-9611